WHITE_A.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANISIA MARIE ROSARIO WHITE,<br><br>Defendant. | CRIMINAL CASE NO. 01-00035<br><br>**O R D E R**<br><br>Re: United States Motion to<br>Modify Judgment |

Based upon the Plaintiff's Motion to Modify Judgment, the Court hereby orders that restitution recipient Bank of Guam is removed as a victim in the above-referenced case and the restitution amount on the judgment is reduced to $13,118.75.

**SO ORDERED**, this 27 day of February, 2006.

FRANCIS TYDINGCO-GATEWOOD*
United States District Judge

ORIGINAL