# UNITED STATES DISTRICT COURT

District of _____ **GUAM**

| UNITED STATES OF AMERICA | **SECOND AMENDED JUDGMENT IN A** |
|---|---|

**V.**

**CRIMINAL CASE**

ANISIA MARIE ROSARIO WHITE

Case Number:     **CR-01-00035-001**
USM Number:     **02139-093**

**Date of Original Judgment:** 08/23/2002
**(Or Date of Last Amended Judgment)**

Federal Public Defender
Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or
  ☐ 18 U.S.C. § 3559(c)(7)

X Modification of Restitution Order (18 U.S.C. § 3664)

**FILED**
**DISTRICT COURT OF GUAM**

MAR 15 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

**THE DEFENDANT:**

X   pleaded guilty to count(s)   **I, II, and III**

☐   pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐   was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §1708 | POSSESSION OF STOLEN MAIL | 01/31/1998 | I |
| 18 U.S.C. §513(a) | POSSESSION OF FORGED SECURITY | 01/31/1998 | II |
| 18 U.S.C. §1029(a)(2) | UNAUTHORIZED USE OF ACCESS DEVICE | 01/31/1998 | III |

The defendant is sentenced as provided in pages 2 through ___**7**___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

☐   Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

        It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 27, 2006
Date of Imposition of Judgment

_signature_

Signature of Judge

**JAMES L. ROBART, DESIGNATED JUDGE**
Name and Title of Judge

March 15, 2006
Date

DEFENDANT:      ANISIA MARIE ROSARIO WHITE
CASE NUMBER:    CR-01-00035

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

12 months for Counts I, II, and II, to be served concurrently

X   The court makes the following recommendations to the Bureau of Prisons:
    While in prison, the defendant shall participate in the 500 hour drug treatment program and in any educational, vocational and theft diversion programs approved by the Bureau of Prisons.
    It is highly recommended that the defendant be incarcerated in a federal prison facility in Dublin, California.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:        ANISIA MARIE ROSARIO WHITE
CASE NUMBER:      CR-01-00035

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

**36 MONTHS FOR COUNTS I, II, AND III TO BE SERVED CONCURRENTLY.**

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the

AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
         Sheet 3A — Supervised Release                                    (NOTE: Identify Changes with Asterisks (*))

                                                          Judgment—Page ___4___ of ___7___

DEFENDANT:        ANISIA MARIE ROSARIO WHITE
CASE NUMBER:      CR-01-00035

## ADDITIONAL SUPERVISED RELEASE TERMS

1.      Defendant shall refrain from the use of any and all alcoholic beverages.

2.      Defendant shall participate in a substance abuse treatment program approved by the U.S. Probation
        Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the
        detection of substance use or abuse.  Defendant shall also make co-payment for treatment at a rate to
        be determined by the U.S. Probation Office.

3.      Defendant shall obtain and maintain gainful employment.

4.      Defendant shall not incur any new credit charges or open additional lines of credit without approval of
        the U.S. Probation Office unless the defendant is in compliance with the payment schedule.

5.      Defendant shall provide the U.S. Probation Office access to any requested financial information.

6.      Defendant shall perform 400 hours of community service under the direction of the U.S. Probation
        Office.

Modification as of August 23, 2002:

Defendant shall participate in an educational/vocational program under the direction of the U.S. Probation
Office.

AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
        Sheet 5 — Criminal Monetary Penalties                           (NOTE: Identify Changes with Asterisks (*))

Judgment — Page ___5___ of ___7___
DEFENDANT:          ANISIA MARIE ROSARIO WHITE
CASE NUMBER:        CR-01-00035

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 300.00 | $ 0 | $ 13,118.75 |

☐ The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Parties that were impacted by the check that was written by Jesse B. Mesa | $466.00 | $466.00 | 100.00% |
| Haecha Aguon P.O. Box 6648 Tamuning, Guam 96931 | $839.83 | $839.83 | 100.00% |
| Pacific Technical Services Attn: Bill Neilsen 979 Route 16, B-3 Barrigada, Guam 96913 | $1,571.95 | $1,571.95 | 100.00% |
| Benson Guam Enterprises Attn: Cencio Tan P.O. Box 6157 Tamuning, Guam 96931 | $235.79 | $235.79 | 100.00% |
| TOTALS | $ 13,118.75 | $ 13,118.75 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:        ANISIA MARIE ROSARIO WHITE
CASE NUMBER:     CR-01-00035

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| GPA<br>Attn: Ben Carbullido, Utility Services Administrator<br>P.O. Box 2977, Hagatna, Guam | $4,773.98 | $4,773.98 | 100.00% |
| USBANK<br>Attn: Kelly Rogers<br>P.O. Box 2097, Denver, Colorado 80201 | $1,048.52 | $1,048.52 | 100.00% |
| Bank of Hawaii<br>Attn: Gordon Lee, Security Department<br>P.O. Box 2900, Honolulu, Hawaii  96846 | $4,182.68 | $4,182.68 | 100.00% |

* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C     (Rev. 06/05) Amended Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments                                              (NOTE: Identify Changes with Asterisks (*))

Judgment — Page ___7___ of ____7____

DEFENDANT:        ANISIA MARIE ROSARIO WHITE
CASE NUMBER:      CR-01-00035

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**   X   Lump sum payment of $ __16,118.75__   due immediately, balance due

    ☐   not later than _____ , or
    X   in accordance with ☐ C,   ☐ D,   ☐ E, or   X F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,      ☐ D, or    ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   X   Special instructions regarding the payment of criminal monetary penalties:

    **Defendant shall pay restitution to the parties who were impacted by the check that was written by Jesse B. Mesa, in the
    amount of $466.00 These victims have yet to be identified. Total Restitution due $13,118.75.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and
    corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.