# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

    vs.

Anisia Marie Rosario White,

        Defendant.

Case No. 1:01-cr-00035

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Second Amended Judgment in a Criminal Case and Notice of Entry filed March 15, 2006,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *March 16, 2006* | *March 17, 2006* | *March 16, 2006 (Judgment only)* | *March 16, 2006 (Judgment only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Second Amended Judgment in a Criminal Case and Notice of Entry filed March 15, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 17, 2006

        /s/ Marilyn B. Alcon
        Deputy Clerk